582 A.2d 319

**Lillian CULP and Robert Culp, H/W, Appellants,**

v.

**Claude M. WILLIAMS, M.D.**

Supreme Court of Pennsylvania.

Argued Oct. 23, 1990.

Decided Nov. 9, 1990.

Harry A. Dorian, Jr., Philadelphia, for appellants.

William V. Coleman, Philadelphia, for appellee.

Kevin P. Foley, Terrence R. Nealon, Scranton, for amicus curiae Pa. Trial Lawyers Ass'n.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

McDERMOTT, J., did not participate in the consideration or decision of this case.

ZAPPALA and CAPPY, JJ., dissent and would reach the merits of the case.